IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIANNE SAWICKI,<br><br>   Plaintiff,<br>v.<br><br>RICHARD A. WILSON,<br>CHRISTOPHER B. WENCKER,<br>GEORGE N. ZANIC,<br>DAVID G. SMITH,<br>ANGELA ROBINSON,<br>LORI HEATON,<br>GLORIA R. AMMONS, and<br>SHOHIN H. VANCE,<br><br>   Defendants. | CIVIL ACTION<br><br>No. 25-4884<br><br><br>JURY TRIAL DEMANDED |

## ORDER

AND NOW, this 7th day of November, 2025, it is hereby ORDERED that Plaintiff's Unopposed Motion for Leave to File Sur Reply to Defendant Wilson and for Enlargement of Time to Respond to Judicial Defendants' Motion to Dismiss (Dkt. No. 27) is GRANTED.

Plaintiff may file a 10-page Sur Reply to Richard A. Wilson's Reply in Support of His Motion to Dismiss, on or before December 1, 2025. Plaintiff may respond on or before November 24, 2025 to Defendants the Honorable George N. Zanic, Angela Robinson, Gloria R. Ammons and Shohin H. Vance's Motion to Dismiss Plaintiff's Complaint.

BY THE COURT:

*/s/ Gerald J. Pappert*
Hon. GERALD J. PAPPERT, J.