IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIANNE SAWICKI, *Plaintiff,* v. RICHARD A. WILSON, et al., *Defendants.* | CIVIL ACTION NO. 25-4884 |

# ORDER

**AND NOW**, this 15th day of December 2025, upon consideration of the Complaint, (Dkt. No. 1), Defendants' Motions to Dismiss, (Dkt. Nos. 19, 22, 25), Plaintiff's Responses, (Dkt. No. 21, 23, 29), Defendants' Replies, (Dkt. Nos. 24, 26), and Plaintiff's Sur-reply, (Dkt. No. 30), it is hereby **ORDERED**:

1. Defendants' Motions to Dismiss are **GRANTED**, and the Complaint is **DISMISSED with prejudice**.

2. The Clerk of the Court shall **CLOSE** the case.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.