## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARIANNE SAWICKI,

      *Plaintiff,*

  v.

RICHARD A. WILSON, et al.,

      *Defendants.*

CIVIL ACTION

NO. 25-4884

### ORDER

**AND NOW**, this 11th day of May, 2026, upon consideration of Richard Wilson's Motion for Attorney's Fees and Costs Under 42 U.S.C. § 1988, (Dkt. No. 33), Marianne Sawicki's Response in Opposition, (Dkt. No. 37), and Wilson's Reply, (Dkt. No. 38), it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED**.  Wilson shall file a petition for attorney's fees and costs with supporting affidavits on or before **May 21, 2026**.

2. Sawicki shall respond to the petition and affidavits on or before **June 4, 2026**.

3. Sawicki's request for Rule 11 sanctions is **DENIED**.

BY THE COURT:


*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.