**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MARIANNE SAWICKI,

       *Plaintiff,*

    v.

RICHARD A. WILSON, et al.,

       *Defendants.*

CIVIL ACTION

NO. 25-4884

## ORDER

**AND NOW**, this 23rd day of June, 2026, upon consideration of Plaintiff's Motion for Reconsideration, (Dkt. No. 42), Defendant's Response in Opposition, (Dkt. No. 46), and Plaintiff's Reply, (Dkt. No. 47), it is hereby **ORDERED** that the Motion is **DENIED**.

                           BY THE COURT:

                           */s/ Gerald J. Pappert*
                           Gerald J. Pappert, J.