**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MARIANNE SAWICKI,

      *Plaintiff,*

  v.

RICHARD A. WILSON, et al.,

      *Defendants.*

CIVIL ACTION

NO. 25-4884

## ORDER

**AND NOW**, this 25th day of June, 2026, upon consideration of Richard A. Wilson's Petition for Attorney's Fees and Costs, (Dkt. No. 43), Plaintiff's Response in Opposition, (Dkt. No. 44), and Wilson's Reply, (Dkt. No. 46), it is hereby **ORDERED** that the Petition is **GRANTED in PART** as follows:

1.     Marianne Sawicki is **ORDERED** to pay attorney's fees in the amount of **$9,101.00**. All payments must be made on or before **Friday, July 24, 2026** and sent to Rawle & Henderson, LLP care of Fred B. Buck, Esq., Centre Square West, 1500 Market Street, 19th Floor, Philadelphia, PA 19102.

2.     The Clerk of Court shall **CLOSE** the case.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.