**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARIANNE SAWICKI, | |
| *Plaintiff,* | |
| v. | CIVIL ACTION |
| RICHARD A. WILSON, et al., | NO. 25-4884 |
| *Defendants.* | |

## <u>ORDER</u>

**AND NOW**, this 20th day of July, 2026, upon consideration of Plaintiff's Second Motion to Stay Order of June 25, 2026, (Dkt. No. 54), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.